428 A.2d 243

Commonwealth v. Washington, Appellant.

Submitted March 21, 1980.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.